AO 455(Rev. 5/85) Waiver of Indictment

---

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| T/N: RAMON IGNACIO ESPINOSA-MATA | |
| ELISEO ESPINOSA-MATA | CASE NUMBER: 08CR 2391-BTM |

I, <u>ELISEO ESPINOSA-MATA</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer

**FILED**
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY